Case 4:25-cr-00426   Document 1   Filed on 08/13/25 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED
August 13, 2025
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. 4:25-cr-00426 |
| DANIEL RICARDO FIELD § § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### INTRODUCTION

At all times material herein:

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against loss up to $250,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2. Ally Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

### COUNT 1
(Attempt to Commit Bank Fraud - 18 U.S.C. § 1349)

**A.   INTRODUCTION**

The Grand Jury adopts, realleges, and incorporates herein the allegations in paragraphs 1-2 of the Introduction of this Indictment as if set out fully herein.

1

B.  **THE SCHEME AND ARTIFICE TO DEFRAUD**

4. On or about April 22, 2025, in the Houston Division of the Southern District of Texas and elsewhere, the Defendant,

**DANIEL RICARDO FIELD,**

did knowingly execute and attempt to execute a scheme and artifice to defraud Ally Bank, a financial institution the deposits of which were insured by the FDIC, and to obtain $93,462.56, moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises.

In violation of Title 18, United States Code, Sections 1349 and 1344.

## COUNT 2
**(Officer or Employee of the United States – 18 U.S.C. § 912)**

On or about April 22, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**DANIEL RICARDO FIELD**,

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character with intent to defraud did falsely demand a thing of value, in that he demanded an automobile loan in the sum of $93,462.56.

In violation of Title 18, United States Code, Section 912.

## COUNT 3
**(Aggravated Identity Theft- 18 U.S.C. § 1028A)**

On or about April 22, 2025, in the Houston Division of Southern District of Texas and elsewhere, the Defendant,

**DANIEL RICARDO FIELD**

did knowingly transfer, possess, and use, and attempt to do so, without lawful authority, a means of identification of another person during and in relation to the commission of a felony violation enumerated in 18 U.S.C. § 1349 (Attempt to Commit Bank Fraud) alleged in Count 1, to wit: the unauthorized use of the name, birthdate and social security number of K.P., which is a means of identification of another person within the meaning of Title 18, United States Code, Section 1028(3)(7), knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A.

## NOTICE OF FORFEITURE
**(18 U.S.C. § 982(a)(6))**

Pursuant to Title 18, United States Code, Section 982(a)(6), the United States gives notice to the Defendant,

**DANIEL RICARDO FIELD**

that in the event of conviction of the offenses charged in Count One through Two of this Indictment, the United States intends to seek forfeiture of all conveyances used in and of all property used to facilitate, or intended to be used to facilitate, the commission of the offenses.

### Money Judgment and Substitute Assets

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the

3

United States will seek to forfeit any other property of the defendant up to the value of the property subject to forfeiture.

A TRUE BILL:

*Original Signature on File*
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney


*Celia Moyer*
CELIA MOYER
Assistant U.S. Attorney
(713) 567-9000